UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CYNTHIA M. CLARKE,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>CONSTRUCTION ATTACHMENTS, INC. )<br>   )<br>   Defendant.   )<br>_____/ | Case No.: 5:20-CV-186 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME both parties through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to the Report of Mediation filed on December 1, 2021 [Doc. 17], hereby stipulate to a voluntary dismissal with prejudice in the above-captioned matter, with each party to bear their own costs and attorneys' fees.

Dated this 4th day of January 2022.        Respectfully Submitted,

/s/ Gary Martoccio                                     /s/ Jonathan Yarbrough
Gary Martoccio                                         Jonathan Yarbrough
North Carolina Bar #54125                       North Carolina Bar # 21316
Spielberger Law Group                            Constangy, Brooks, Smith & Prophete, LLP
4890 W. Kennedy Blvd., Suite 950         84 Peachtree Road, Suite 230
Tampa, FL 33609                                      Asheville, NC 28803
T: 800.965.1570                                       T: 828.277.5137
F: 866.580.7499                                       F: 828.277.5138
gary.martocio@spielbergerlawgroup.com        JYarbrough@constangy.com
*Attorney for Plaintiff*                               *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I, Gary Martoccio, hereby certify that on this day, January 4, 2022, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jonathan Yarbrough
North Carolina Bar # 21316
Constangy, Brooks, Smith & Prophete, LLP
84 Peachtree Road, Suite 230
Asheville, NC 28803
T: 828.277.5137
F: 828.277.5138
JYarbrough@constangy.com
*Attorney for Defendant*

/s/ Gary Martoccio
Gary Martoccio